UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 19-Cr-10421-DPW(s) |
| YUEN LIU-TORRES, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**<u>JOINT FINAL STATUS REPORT PURSUANT TO LOCAL RULE 116.5(c)</u>**

Pursuant to Local Rule 116.5(c), the United States, by its undersigned counsel, respectfully submits the following joint status report regarding the above-captioned matter, which is set for a final status conference at **10:00 a.m. on Thursday, May 6, 2021**. Government counsel has provided a draft of this status report to counsel for the defendants and incorporated changes suggested by counsel. The defendants in this case are charged with two counts of conspiracy to distribute and to possess with intent to distribute cocaine, in violation of 21 U.S.C. § 846; conspiracy to distribute and to possess with intent to distribute heroin/fentanyl, in violation of 21 U.S.C. § 846; conspiracy launder monetary instruments, in violation of 18 U.S.C. § 1956(h); and three counts of possession with intent to distribute various controlled substances in violation of 21 U.S.C. § 841.

    **I.**    **<u>Defendants Requesting Transfer to the District Judge for a Rule 11 Hearing</u>**

Defendant (10) Jaime Torres is seeking a Rule 11 hearing before the District Judge. Defendants (2) Victor Alejandro-Carrillo and (12) Alexander Santiago Medina have had Rule 11 hearings before the District Judge.

    **II.**    **<u>Defendants Requesting Additional Time to Resolve Case Short f Trial</u>**

Defendant (5) Jose L. Diaz Fontanez; (6) Keon Green; and (9) Manuel Colon are requesting additional time to seek a resolution of the case short of trial.

### III. Initial Pretrial Conference Before the District Court

With respect to the remaining defendants, the parties believe the case is ready for transfer to the District Judge for a pretrial conference.

(a) The Government is not aware of additional discovery materials it intends to produce;

(b) At this time, the Government is not aware of any outstanding discovery requests or motions;

(c) It is the Government's understanding that (4) Jose Rodriguez-Garcia intends to file a motion to suppress and that (13) Vicente Gonzalez may also file motion to suppress;

(d) The Government estimates that trial for the remaining defendants would last approximately 21 days.

### III. Periods of Excludable Delay

The United States, with the assent of defense counsel, respectfully submits that the Court should exclude the time between May 6, 2021, and the initial pretrial conference date under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv), as the ends of justice served by granting defense counsel sufficient time to confer with their clients is necessary for effective preparation and outweighs the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By:   /s/ Craig E. Estes
Craig E. Estes, BBO#670370
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Craig E. Estes
CRAIG E. ESTES
Assistant U.S. Attorney

Dated: May 4, 2021