UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )  No. 19-Cr-10421-DPW(s) |
| YUEN LIU-TORRES, et al. | ) |
| | ) |
| Defendants. | ) |

**JOINT STATUS REPORT**

The United States, by its undersigned counsel, respectfully submits the following joint status report regarding the above-captioned matter, which is set for a status conference at **9:30 a.m. on Tuesday, August 2, 2022**.   Government counsel has provided a draft of this status report to counsel for the defendants and incorporated changes suggested by counsel.   The defendants in this case are charged with two counts of conspiracy to distribute and to possess with intent to distribute cocaine, in violation of 21 U.S.C. § 846; conspiracy to distribute and to possess with intent to distribute heroin/fentanyl, in violation of 21 U.S.C. § 846; conspiracy launder monetary instruments, in violation of 18 U.S.C. § 1956(h); and three counts of possession with intent to distribute various controlled substances in violation of 21 U.S.C. § 841.

I. **Defendants with Pending Motions**

The following defendants have filed motions to suppress and/or dispositive motions:

(4) Jose Rodriguez-Garcia;

(5) Jose L. Diaz Fontanez;

(9) Manuel Colon; and

(13) Vicente Gonzalez.

II. **Defendants Seeking a Trial Date**

The following defendant anticipates requesting a trial date:

(11) Luis Ricardo Torres.

### III.   Defendants Seeking a Rule 11 Hearing

The following defendants anticipate resolving their cases prior to trial but seek additional time before scheduling a Rule 11 date:

(7) Ricardo Correa-Perez; and

(8) Caly Juan Montanez Agosto.

                                                  Respectfully submitted,

                                                  RACHAEL S. ROLLINS
                                                  United States Attorney

By:    /s/ Craig E. Estes
           Craig E. Estes, BBO#670370
           Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                         /s/ Craig E. Estes
                                         CRAIG E. ESTES
July 25, 2022                        Assistant U.S. Attorney